NOT DESIGNATED
FOR PUBLICATION

# COURT OF APPEAL, FIRST CIRCUIT
# STATE OF LOUISIANA

RE: Docket Number 2019-CA-0735

CamSoft Data Svstems, Inc.

- - Versus - -

Southern Electronics Supply, Inc. and Active Solutions, LLC

19th Judicial District Court

Case #: 582741

East Baton Rouge Parish

On Application for Rehearing filed on 07/16/2019 by MMR Constructors, Inc.

Rehearing _____ **DENIED** _____

_Crain, J. dissents and would grant rehearing._

William J. Crain

Mitchell R. Theriot

Guy Holdridge

Date  AUG 0 7 2019

Rodd Naquin, Clerk